David N. Whitmore, Appellee, v. Congress Hotel and Annex, Inc., Appellant.

Gen. No. 45,324. 

Andrew
J. Farrell, for appellants; Irving G. Zazove, and Martin F. Gordon,
for appellee; John B. King, of counsel. Opinion by PRESIDING JUSTICE
NIEMEYER. Not to be published in full. Opinion filed April 9, 1951;
released for publication May 7,.1951.